HENRY PHIPPS ESTATES, Respondent, v. TONG PHONG et al., Appellants.

(Submitted March 22, 1915; decided March 26, 1915.)

Motion for re-argument granted.    (See 214 N. Y. 308.)